UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Andrew MUNDY, | Case No.: 17-cv-0174-CAB-AGS |
|---|---|
| Petitioner, | **REPORT AND RECOMMENDATION TO DENY PETITIONER'S MOTION FOR A STAY (ECF No. 6) AND DISMISS UNEXHAUSTED CLAIM** |
| v. | |
| Raymond MADDEN, | |
| Respondent. | |

The California Court of Appeal previously ruled that petitioner Andrew Mundy's lengthy sentence passed constitutional muster, and that he was "precisely the type of recidivist offender targeted by [California's] Three Strikes law." (ECF No. 10-1, at 19; *see id.* at 12-17.) In this habeas proceeding, Mundy seeks review of that ruling and also raises a new argument never presented to the state courts: that his trial and appellate attorneys were ineffective for failing to challenge the constitutionality of his sentence. But his attorneys did contest the constitutionality of his sentence,[1] and the state appellate court

---

[1] Appellate counsel urged the California Court of Appeal to reach the constitutional sentencing issue because either: (1) the trial attorney's general sentencing objections adequately preserved the claim or (2) the failure to raise more specific objections constituted ineffective assistance of counsel. (ECF No. 6, Exh. A, at 9-11.) The appellate court never addressed the waiver argument and presumably found the issue preserved below. (*See generally* ECF No. 10-1.)

1

squarely rejected that argument. Thus, Mundy's new claim is plainly meritless. And his motion for a stay to pursue this unexhausted claim, therefore, fails.

Mundy seeks a stay under either *Rhines v. Weber*, 544 U.S. 269 (2005), or *Kelly v. Small*, 315 F.3d 1063 (9th Cir. 2003), *overruled on other gds. by Robbins v. Carey*, 481 F.3d 1143 (9th Cir. 2007). But neither a *Rhines* stay nor a *Kelly* stay should be granted to exhaust a plainly meritless claim. *Rhines*, 544 U.S. at 277 ("[T]he district court would abuse its discretion if it were to grant [the petitioner] a [*Rhines*] stay when his unexhausted claims are plainly meritless." (citation omitted)); *Knowles v. Muniz*, 228 F. Supp. 3d 1009, 1016 (C.D. Cal. 2017) ("[A] *Kelly* stay will be denied when the court finds such a stay would be futile," such as when "petitioner seeks a stay to exhaust a meritless claim." (citations omitted)).

The Court recommends that Mundy's motion for a stay be **DENIED** and that his unexhausted ineffective-assistance-of-counsel claim be **DISMISSED**. Upon being served with a copy of this report, each party has 14 days to file any objections. *See* Fed. R. Civ. P. 72(b)(2). A party may respond to any such objection within 14 days of being served with it. *See id*.

Dated: December 4, 2017

Hon. Andrew G. Schopler
United States Magistrate Judge